United States District Court
District of Massachusetts

)
Adair Jose Da Silva,            )
                                )
        Petitioner,             )
                                )
    v.                          )    Civil Action No.
                                )    25- 13284-NMG
Antone Moniz et al.,            )
                                )
        Respondents.            )
                                )

ORDER

GORTON, J.

In this petition for writ of habeas corpus (Docket No. 1), petitioner Adair Jose Da Silva ("petitioner" or "Da Silva") contends that Antone Moniz and other named respondents ("respondents") have refused to grant him a bond hearing in violation of his rights under the United States Constitution. Respondents concede that the Court's recent decision in Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025), is materially similar to, and therefore dispositive of, Da Silva's petition.

For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Zamora, 2025 WL 2958879, and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**.

-1-

The Court directs that Da Silva is to be released unless he is afforded a bond hearing that complies with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: November 12, 2025