UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Plaintiff | Civil Action No: 1:25-cv-13284-NMG |

Adair Jose Da Silva

v.

Defendant

Antone Moniz et al

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the status report entered on November 21, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan
Docket Clerk

November 24, 2025